IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 12  AM 10: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CR. NO. 05-20008-01-Ma |
| ALFONSO PEREZ HERNANDEZ, | ) |
| Defendant. | ) |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on December 9, 2005, the United States Attorney for this district appearing for the Government and the defendant, Alfonso Perez Hernandez, appearing in person and with retained counsel, Mr. Marty McAfee.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 and 2 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 17, 2006 at 3:00 p.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 9th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20008 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT